# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 12-cv-01075-CMA

JULIO ONTIVEROS-PEREZ,

    Applicant,

v.

ANGEL MEDINA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER TO SUPPLEMENT STATE COURT RECORD

On July 27, 2012, Magistrate Judge Boyd N. Boland issued an Order for State Court Record and to Answer to the Respondents, directing Respondents to file with the Clerk of the Court, within thirty days, a copy of the complete record of Applicant's state court proceedings in Jefferson County District Court case numbers 06CR656 and 06CR1122, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

The Court has reviewed the state court record filed in this Court on August 1, 2012. Missing from the record is the **DVD recording of Applicant's February 16, 2006 videotaped interview with Detective Mark Greubel of the City of Arvada Police Department**. The DVD recording is relevant to the Court's disposition of Applicant's first claim for relief, in which he asserts that his rights under the Fifth Amendment and *Miranda v. Arizona*, 384 U.S. 436 (1966) were violated by the trial

court's failure to suppress incriminating statements Applicant made to the police following a *Miranda* advisement in English. Accordingly, it is

ORDERED that Respondents shall file with the Clerk of the Court the DVD recording of Applicant's February 16, 2006 videotaped interview with Detective Mark Greubel of the Jefferson County Sheriff's Department **within fourteen (14) days** of the date of this Order.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

>Clerk of the Court
>Jefferson County Combined Courts
>Att: Appeals
>100 Jefferson County Parkway
>Golden, Colorado 80401;
>
>Court Services Manager
>State Court Administrator's Office
>101 W. Colfax, Suite 500
>Denver, Colorado  80202

DATED:  March   29  , 2013

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge